No. 80–949. MICHAEL MOTORS, INC. *v.* COLORADO DEALER LICENSING BOARD. Sup. Ct. Colo. Certiorari denied.

No. 80–950. NICOLADZE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–975. FEDERATION FOR AMERICAN IMMIGRATION RE-FORM ET AL. *v.* BALDRIGE, SECRETARY OF COMMERCE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–977. HULLUM *v.* UNITED STATES; and
No. 80–1009. LENTZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 624 F. 2d 1280.

No. 80–987. NEVADA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–994. DIAMOND *v.* WALTER, ASSISTANT UNITED STATES ATTORNEY, UNITED STATES DEPARTMENT OF JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 80–1000. PAYTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1004. HAVENS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1016. BOISE CASCADE CORP. *v.* UNION PACIFIC RAILROAD CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–1021. WOOD *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (FIVE POINTS SHOP-PING CENTER, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 80–1022. PASCO PETROLEUM CO., INC. *v.* UNITED STATES ET AL. Temp. Emerg. Ct. App. Certiorari denied.